# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| KAREN SHOCKLEY, | : | No. 116 EM 2019 |
|---|---|---|
| Petitioner | : | |
| v. | : | |
| LANH NGUYEN & THAO VU, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of December, 2019, the "Petition for Review of Stay Briefing Schedule" is DENIED.